**FILED: 2/27/14**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Disciplinary Matter of<br><br>Arshak Bartoumian<br><br>California State Bar #210370 | CASE NO. 14-CV-00159 CAS-MWF-GHK<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE STANDING COMMITTEE ON DISCIPLINE |

    Before the Court is the Report and Recommendation Regarding Arshak Bartoumian ("Report") submitted by the Court's Standing Committee on Discipline ("Committee") pursuant to Local Rule 83-3.1.7. By order dated January 16, 2014, the Court permitted Mr. Bartoumian 30 days to file a written response to the Report. The Court has not received a response.

    Having reviewed the Report, and for good cause shown, the Court rules as follows.

    1. The Court adopts the findings and conclusions set forth in the Committee's Report, a copy of which is attached to and incorporated by this

order.

2. Specifically, the Court finds that, in connection with numerous matters before the Court, Mr. Bartoumian repeatedly failed to perform legal services with competence, in violation of the California Rules of Professional Conduct. *See* Cal. Rules of Prof'l Conduct R. 3-110(A) ("A member [of the State Bar] shall not . . . repeatedly fail to perform legal services with competence.").

3. The Court finds that Mr. Bartoumian willfully violated orders of this Court, in violation of the State Bar Act (Cal. Bus. & Prof. Code §§ 6000 *et seq.*). *See* Cal. Bus. & Prof. Code § 6103 (listing as a cause for disbarment or suspension an attorney's "willful . . . violation of an order of the court").

4. The Court finds that Mr. Bartoumian repeatedly failed to report non-discovery-related sanctions in excess of $1,000 to the State Bar within 30 days of their imposition by this Court, as required by the State Bar Act. *See* Cal. Bus. & Prof. Code § 6068(o)(3).

5. Finally, the Court finds that Mr. Bartoumian has failed to maintain the respect due this Court and to maintain only those actions that appear to him legal or just, as required by the State Bar Act. *See id.* § 6068(b),(c).

6. The foregoing violations of the California Rules of Professional Conduct and the State Bar Act also constitute violations of this Court's Local Rules. *See* L.R. 83-3.1.2 (adopting "the standards of professional conduct required of members of the State Bar of California and contained in the State Bar Act, the Rules of Professional Conduct of the State Bar of California, and the decisions of any court applicable thereto" and stating that "violation thereof may be the basis for the imposition of discipline").

7. Accordingly, pursuant to Local Rule 83-3.1.7, the Court adopts the Committee's recommendation that Arshak Bartoumian be disbarred from the Bar of this Court.

8. Mr. Bartoumian is therefore hereby disbarred, effective immediately upon issuance of this order.

IT IS SO ORDERED.

Dated: _2/25/14_

_____
United States District Judge

Dated:     2/25/14

_____
United States District Judge

Dated:     2/25/14

_____
George H. King,
Chief U. S. District Judge